UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREGORY BALZ,

                        Plaintiff,                      20 **CIVIL** 7729 (KMK)(PED)

-v-                                   **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2022, Judge Davison's R&R is adopted, Defendant's Motion for Judgment on the Pleadings is denied, and Plaintiff's Motion for Judgment on the Pleadings is granted. The final decision of the Commissioner is reversed and this matter is remanded for further administrative proceedings in accordance with this ruling; accordingly, the case is closed.

**Dated:**  New York, New York
            March 30, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              **BY:**
                                                       **Deputy Clerk**